IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-2147-PAB

MURAT OZCELIK,

     Applicant,

v.

WARDEN OF DENVER CONTRACT DETENTION FACILITY, Aurora, Colorado,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
US DEPARTMENT OF HOMELAND SECURITY, and
TODD BLANCHE, Acting U.S. Attorney General, in his official capacity,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 16] of Judge Philip A. Brimmer entered on July 13, 2026, it is

**ORDERED** that petitioner Murat Ozcelik's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 16th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
     Deputy Clerk